IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PHILIP J. INSINGA, | |
|---|---|
| Plaintiff, | 8:17CV179 |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | JUDGMENT |
| Defendant. | |

Pursuant to the Memorandum and Order entered today, October 26, 2017, judgment is entered in favor of defendant United of Omaha Life Insurance Company and against plaintiff Phillip J. Insinga.

Dated this 26th day of October, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge